UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          MAGISTRATE NO.: __19·9009__

                                                      :

V.                                                    :          CRIMINAL ACTION

_Alexander Hunt_                        :          ORDER OF RELEASE

                                                      :


        The Court orders the defendant, __Alexander Hunt__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Submit to drug testing and treatment, as deemed necessary;

(4) Other: _____


_Alexander Hunt_                                      __1/24/19__
DEFENDANT                                             DATE


        It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

__1/24/19__
DATE


        I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

U.S. PRETRIAL SERVICES OFFICER